| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Craig, Carla E. | 2. Court or Organization U.S. Bankruptcy Court, E.D.N.Y | 3. Date of Report 11/23/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

271 Cadman Plaza E.
Suite 1595
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Kidspirit Magazine |
| 2. Executor | Estates of ▓▓▓▓▓▓▓▓▓ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Schulte Roth and Zabel LLP-partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mt. Kellett Capital Partners II LP | Commitment to make capital contributions to investment limited partnership | P1 |
| 2. | Barnard College | Tuition obligation | K |
| 3. | JP Morgan US Income and Growth LP | Commitment to make capital contributions to investment limited partnership | K |
| 4. | CFSR Private Investors LLC | Commitment to make capital contributions to investment limited liability company | N |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | B | Interest | O | T | | | | | |
| 2. J.P. Morgan Money Market | A | Dividend | M | T | | | | | |
| 3. JPM US Real Estate Income and Growth Direct LP (474995958) | | None | O | T | | | | | |
| 4. JPM Floating Rate Income Fund (JPHSX) | E | Dividend | O | T | | | | | |
| 5. Global Access Macro LLC ▓▓▓▓ ) (y) | | | | | | | | | |
| 6. JP Morgan International Currency Income Fund (JCISX) | | None | L | T | | | | | |
| 7. JP Morgan Strategic Income Opportunites Fund 3844 (JSOSX) | E | Dividend | M | T | | | | | |
| 8. | E | | | | | | | | |
| 9. American Century Equity Income Fund 123 (TWEIX) | E | Dividend | N | T | | | | | |
| 10. iShares MSCI All Country Asia Ex Japan Index Fund (AAXJ) | B | Dividend | M | T | | | | | |
| 11. JP Morgan Intl. Value Fund (JIESX) | F | Dividend | P1 | T | Buy (add'l) | 03/28/14 | O | | |
| 12. CSFR Private Investors LLC ▓▓▓▓ | | None | O | T | | | | | |
| 13. JP Morgan Tax Aware R/R Fund (TXRSX)) (f/k/a JP Morgan TR I Fund 992) | C | Dividend | M | T | | | | | |
| 14. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 15. Fidelity Spartan NY Muni Income | A | Dividend | L | T | | | | | |
| 16. Aquila Three Peaks High Income Inst. (ATIPX) | B | Dividend | | | Sold | 04/23/14 | M | B | |
| 17. Artisn High Income Investor (ARTFX) | E | Dividend | N | T | Buy | 04/24/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | | | | Buy (add'l) | 05/02/14 | M | | |
| 19. | | | | | Sold (part) | 12/22/14 | K | | |
| 20. | | | | | Sold (part) | 12/23/14 | J | | |
| 21. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 22. Artisan Midcap Value (ARTQX) | | None | | | Sold | 09/16/14 | J | B | |
| 23. Fidelity Banking (FSRBX) | A | Dividend | L | T | Buy | 09/11/14 | K | | |
| 24. | A | | | | Buy (add'l) | 12/19/14 | J | | |
| 25. Fidelity Money Market Account (FCASH) (x) | | None | K | T | | | | | |
| 26. Fidelity Conservative Income Bond (FCONX) | A | Dividend | N | T | Buy (add'l) | 01/16/14 | K | | |
| 27. | A | | | | Buy (add'l) | 02/05/14 | K | | |
| 28. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 29. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 30. | | | | | Sold (part) | 12/22/14 | K | | |
| 31. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 32. Fidelity Electronics (FSELX) | | None | | | Buy | 09/11/14 | M | | |
| 33. | | | | | Sold | 10/13/14 | L | | |
| 34. Fidelity Floating Rate High Income (FFRHX) | C | Dividend | | | Sold (part) | 04/30/14 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/01/14 | J | B | |
| 36. Fidelity Intermediate Bond ((FTHRX) | A | Dividend | M | T | Buy | 10/13/14 | M | | |
| 37. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 38. | | | | | Sold (part) | 11/13/14 | L | | |
| 39. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 40. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 41. Fidelity Int'l Growth (FIGFX) | B | Dividend | M | T | Buy (add'l) | 01/16/14 | K | | |
| 42. | | | | | Buy (add'l) | 02/04/14 | K | | |
| 43. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 44. | | | | | Buy (add'l) | 09/18/14 | L | | |
| 45. | | | | | Buy (add'l) | 10/03/14 | K | | |
| 46. | | | | | Sold (part) | 12/22/14 | J | | |
| 47. | | | | | Sold (part) | 12/23/14 | J | A | |
| 48. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 49. Fidelity Japan Small Companies (FJSCX) | | None | | | Buy | 09/11/14 | L | | |
| 50. | | | | | Sold | 10/13/14 | L | | |
| 51. Fidelity Low Priced Stock (FLPSX) | B | Dividend | M | T | Buy (add'l) | 12/26/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | D | | | | | | | | |
| 53. Fidelity Medical Equipment & Systems (FSMEX) | A | Dividend | M | T | Buy | 09/11/14 | M | | |
| 54. | D | | | | Buy (add'l) | 12/19/14 | J | | |
| 55. Fidelity Mega Cap Stock (FGRTX) | D | Dividend | O | T | Sold (part) | 01/16/14 | K | D | |
| 56. | E | | | | Sold (part) | 02/04/14 | K | D | |
| 57. | | | | | Sold (part) | 02/05/14 | J | C | |
| 58. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 59. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 60. | | | | | Sold (part) | 12/22/14 | L | E | |
| 61. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 62. Fidelity Select Multimedia (FBMPX) | A | Dividend | L | T | Buy | 09/11/14 | L | | |
| 63. | D | | | | Buy (add'l) | 12/19/14 | J | | |
| 64. Fidelity Select Utilities (FSUTX) | B | Dividend | M | T | Buy | 09/11/14 | L | | |
| 65. | C | | | | Buy | 12/05/14 | J | | |
| 66. Fidelity Transportation (FSRFX) | A | Dividend | L | T | Buy | 09/11/14 | L | | |
| 67. | A | | | | Sold | 10/13/14 | L | | |
| 68. | | | | | Buy | 11/13/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 70. Hartford Healthcare Fund (HGHAX) | D | | M | T | Buy (add'l) | 12/26/14 | J | | |
| 71. Hartford Healthcare Fund I (HGHIX) | D | | L | T | Sold (part) | 01/16/14 | J | D | |
| 72. | | | | | Sold (part) | 12/22/14 | L | E | |
| 73. PIMCO All Asset Fund Adm Class (PAALX) | D | Dividend | M | T | Sold (part) | 12/22/14 | K | | |
| 74. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 75. Primecap Odyssey Aggressive Growth (POAGX) | A | Dividend | M | T | Buy (add'l) | 04/17/14 | J | | |
| 76. | D | | | | Buy (add'l) | 11/11/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/04/14 | J | | |
| 78. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 79. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 80. Primecap Odyssey Growth (POGRX) | A | Dividend | L | T | Buy | 01/24/14 | L | | |
| 81. | C | | | | Buy (add'l) | 09/19/14 | K | | |
| 82. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 83. | | | | | Sold (part) | 12/22/14 | K | B | |
| 84. Primecap Odyssey Stock (POSKX) | C | Dividend | M | T | Sold (part) | 01/24/14 | K | D | |
| 85. | C | | | | Buy (add'l) | 12/26/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Dividend Growth (VDIGX) | D | Dividend | O | T | Sold (part) | 01/16/14 | K | D | |
| 87. | D | | | | Sold (part) | 02/04/14 | J | D | |
| 88. | | | | | Sold (part) | 02/05/14 | J | C | |
| 89. | | | | | Buy (add'l) | 09/22/14 | K | | |
| 90. | | | | | Sold (part) | 12/22/14 | L | E | |
| 91. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 92. Vanguard Intermediate Term Tax Exempt (VWIUX) | D | Dividend | N | T | Sold (part) | 12/22/14 | J | | |
| 93. Vanguard Limited Term Tax Exempt (VMLUX) | D | Dividend | O | T | Buy (add'l) | 01/16/14 | K | | |
| 94. | | | | | Buy (add'l) | 04/30/14 | L | | |
| 95. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 96. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 97. | | | | | Sold (part) | 12/22/14 | J | | |
| 98. Vanguard Short Term Investment Grade (VFSUX) | A | Dividend | J | T | Buy (add'l) | 04/14/14 | K | | |
| 99. | A | | | | Buy (add'l) | 04/30/14 | J | | |
| 100. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 101. | | | | | Sold (part) | 12/23/14 | K | | |
| 102. | | | | | Buy | 12/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MainStay Marketfield Fund CII (MFLDX) | | None | | | Sold (part) | 09/18/14 | L | D | |
| 104. | | | | | Sold (part) | 09/19/14 | K | C | |
| 105. | | | | | Sold (part) | 09/22/14 | K | C | |
| 106. | | | | | Sold (part) | 09/26/14 | K | C | |
| 107. | | | | | Sold (part) | 09/29/14 | J | A | |
| 108. | | | | | Sold | 10/03/14 | K | B | |
| 109. iShares Dow Jones US Aerospace & Development (ITA) | B | Dividend | | | Buy (add'l) | 03/31/14 | J | | |
| 110. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 111. | | | | | Sold (part) | 07/01/14 | M | E | |
| 112. | | | | | Sold | 07/07/14 | J | | |
| 113. iShares Dow Jones US Broker Dealers (IAI) | A | Dividend | | | Buy (add'l) | 03/31/14 | J | | |
| 114. | | | | | Sold (part) | 05/01/14 | M | E | |
| 115. | | | | | Sold | 05/06/14 | J | A | |
| 116. IShares Dow Jones US Consumer (IYC) | A | Dividend | | | Sold (part) | 01/02/14 | M | C | |
| 117. | | | | | Sold | 01/07/14 | J | A | |
| 118. iShares Dow Jones US Healthcare Provider (IHF) | A | Dividend | | | Buy | 02/03/14 | M | | |
| 119. | | | | | Sold (part) | 03/03/14 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/02/14 | M | | |
| 121. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 122. | | | | | Sold (part) | 07/01/14 | M | D | |
| 123. | | | | | Sold | 07/07/14 | J | A | |
| 124. iShares Dow Jones US Industrial Sector Index (IYJ) | | None | | | Buy | 01/02/14 | M | | |
| 125. | | | | | Sold | 02/03/14 | M | | |
| 126. iShares Dow Jones US Oil & Gas Ex Index ((IEO) | A | Dividend | | | Buy | 05/01/14 | M | | |
| 127. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 128. | | | | | Sold (part) | 08/01/14 | M | D | |
| 129. | | | | | Sold | 08/06/14 | J | A | |
| 130. iShares Dow Jones US Regional Banks (IAT) | | None | | | Buy | 04/01/14 | M | | |
| 131. | | | | | Sold | 05/01/14 | M | | |
| 132. iShares Dow Jones US Utilities Sector Index (IDU) | | None | | | Buy | 07/01/14 | M | | |
| 133. | | | | | Sold | 08/01/14 | M | | |
| 134. iShares FTSE/Xinhua China 25 Index (FXI) | | None | | | Buy | 08/01/14 | M | | |
| 135. | | | | | Sold | 09/10/14 | M | C | |
| 136. iShares MSCI Brazil Index (EWZ) | | None | | | Buy | 08/01/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 09/10/14 | M | C | |
| 138. iShares North American Natural Resources (IGE) | | None | | | Buy | 05/01/14 | M | | |
| 139. | | | | | Sold (part) | 06/02/14 | M | C | |
| 140. | | | | | Buy (add'l) | 07/01/14 | M | | |
| 141. | | | | | Sold | 08/01/14 | M | | |
| 142. iShares Russell Midcap Growth Index (IWP) | A | Dividend | | | Buy | 03/03/14 | M | | |
| 143. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 144. | | | | | Sold (part) | 04/01/14 | M | | |
| 145. | | | | | Sold | 04/04/14 | J | | |
| 146. iShares S&P Global Technology Sector Index (IXN) | | None | | | Buy | 08/01/14 | M | | |
| 147. | | | | | Sold | 09/10/14 | L | D | |
| 148. Kopernik Global All Cap A (KGGAX) | | None | | | Buy | 09/16/14 | J | | |
| 149. | | | | | Sold | 11/11/14 | J | | |
| 150. WisdomTree Japan Hedged Equity (DJX) | E | | N | T | | | | | |
| 151. | | | | | | | | | |
| 152. E-Trade f/k/a WIT Capital | | None | J | T | | | | | |
| 153. Schulte Roth & Zabel Capital Account(investment in law firm) | E | Interest | P1 | U | Buy (add'l) | 08/19/14 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NY College Savings Program | | None | K | T | | | | | |
| 155. -Moderate Age Based Income Option Portfolio | | | | | | | | | |
| 156. Vanguard Educational IRA | | None | K | T | | | | | |
| 157. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 158. Vanguard Educational IRA | | None | K | T | | | | | |
| 159. -Vanguard Small Cap Index Fund Investor Shares | | | | | | | | | |
| 160. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 161. -BR Growth Portfolio Option A | | | | | | | | | |
| 162. BlackRock CollegeAdvantage | | None | K | T | | | | | |
| 163. -BR Growth Portfolio Option A | | | | | | | | | |
| 164. B & McG Holdings | | None | K | T | | | | | |
| 165. -Shelter Venture Fund | A | Distribution | | | | | | | |
| 166. Special Situations Technology Fund, L.P. | D | Dividend | P1 | U | | | | | |
| 167. | G | | | | | | | | |
| 168. SRZ Savings Plan | | None | P1 | T | Buy (add'l) | 08/08/14 | K | | |
| 169. -Wells Fargo Money Mkt Fund | | | | | | | | | |
| 170. -Merck common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Pfizer common stock | | | | | | | | | |
| 172. SRZ Cash Balance Plan | None | N | T | | Buy (add'l) | 08/08/14 | L | | |
| 173. SRZ Thrift Plan | None | N | T | | Buy (add'l) | 08/08/14 | K | | |
| 174. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 175. SRZ Partners Pension Plan | None | N | T | | Buy (add'l) | 08/08/14 | L | | |
| 176. Schulte Roth & Zabel Supplemental Retirement Fund | None | P1 | T | | Buy (add'l) | 11/25/14 | M | | |
| 177. -Hancock-Pimco Vit All Asset Portfolio (y) | | | | | | | | | |
| 178. -Hancock-American International, Capital Research (y) | | | | | | | | | |
| 179. -Hancock- PIMCO Real Return Bond (y) | | | | | | | | | |
| 180. -Hancock-Int'l Growth Stock fka Int'l Opportunities (y) | | | | | | | | | |
| 181. -Hancock-American Growth, Capital Research (y) | | | | | | | | | |
| 182. -Hancock-Real Estate Securities, Deutsche Asset Management (y) | | | | | | | | | |
| 183. -Hancock-Natural Resources, Wellington & RS Investments (y) | | | | | | | | | |
| 184. -Hancock- T. Rowe Price BlueChip Growth (y) | | | | | | | | | |
| 185. -Hancock-Small Cap Growth, Wellington Management (y) | | | | | | | | | |
| 186. -Hancock-Fundamental Value, Davis Advisors (y) | | | | | | | | | |
| 187. -Hancock-American Growth-Income, Capital Research (y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Hancock-International Growth Stock, Invesco Advisers (y) | | | | | | | | | |
| 189. -Hancock-Money Market B (y) | | | | | | | | | |
| 190. -Prudential-Money Market (y) | | | | | | | | | |
| 191. -BlackrockMulti MgrIns DedPartners (y) | | | | | | | | | |
| 192. -Fidelity VIP Money Market Portfoliio Service Class (y) | | | | | | | | | |
| 193. -AST Pimco Total Return Bond Portfolio (y) | | | | | | | | | |
| 194. -M Capital Appreciation Fund (y) | | | | | | | | | |
| 195. -M International Equity Fund (y) | | | | | | | | | |
| 196. -M Large Cap Growth (y) | | | | | | | | | |
| 197. -Prudential-Stock Index Portfolio (y) | | | | | | | | | |
| 198. -Prudential High Yield Bond Portfolio (y) | | | | | | | | | |
| 199. -PIMCO VIT Real Return Portfolio Admin Class (y) | | | | | | | | | |
| 200. -PIMCO VIT Commodity Real Return Strategy Portfolio Admin (y) | | | | | | | | | |
| 201. -DWS Small Cap Index VIP Class B (y) | | | | | | | | | |
| 202. -BlackRock Value Opportunities V.I. Fund Class I (y) | | | | | | | | | |
| 203. -Fidelity VIP Contrafund Portfolio Initial Class (y) | | | | | | | | | |
| 204. -Fidelity VIP Overseas Portfolio Initial Class (y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Franklin Global Real Estate Securities Fund Class 1 (y) | | | | | | | | | |
| 206. -MFS VIT II Value Series Initial Class (y) | | | | | | | | | |
| 207. -PIMCO All Asset Portfolio Administrative (y) | | | | | | | | | |
| 208. -T. Rowe Price Equity Income Portfolio (y) | | | | | | | | | |
| 209. -Royce Cap Fund Small Cap Portfolio Inv. Class (y) | | | | | | | | | |
| 210. --Fidelity VIP Contrafund-Initial Class | | | | | Buy | 01/02/14 | K | | |
| 211. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 212. | | | | | Sold | 03/26/14 | K | | |
| 213. -LVIP SSgA Emerging Markets 100 Fund-Standard Class | | | | | Buy | 01/02/14 | J | | |
| 214. | | | | | Sold | 02/13/14 | J | | |
| 215. -MainStay VP Floating Rate-Initial Class | | | | | Buy | 01/02/14 | K | | |
| 216. | | | | | Sold | 03/26/14 | K | | |
| 217. -MainStay VP High YieldCorporate Bond-Initial Class | | | | | Buy | 01/02/14 | K | | |
| 218. | | | | | Sold | 03/26/14 | K | | |
| 219. -MainStay VP Mid Cap Core-Initial Class | | | | | Buy | 01/02/14 | K | | |
| 220. | | | | | Sold | 03/26/14 | K | | |
| 221. -MainStay VP Van Eck Global Hard Assets Port Initial Class | | | | | Buy | 01/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 03/26/14 | J | | |
| 223. -PIMCO Low Duriation Portfolio-Administrative Class Shares | | | | | Buy | 01/02/14 | K | | |
| 224. | | | | | Sold | 03/26/14 | K | | |
| 225. -PIMCO Real Return Portfolio-Administrative Class Shares | | | | | Buy | 01/02/14 | K | | |
| 226. | | | | | Sold | 03/26/14 | K | | |
| 227. -PIMCO Total Return Portfolio-Administrative Class Shares | | | | | Buy | 01/02/14 | N | | |
| 228. | | | | | Sold | 03/26/14 | N | | |
| 229. -DWS Small Cap Index VIP-Class A Shares | | | | | Buy | 01/02/14 | M | | |
| 230. | | | | | Sold (part) | 03/26/14 | K | | |
| 231. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 232. -American Funds Ins Ser International - Class 2 Shares | | | | | Buy | 01/02/14 | M | | |
| 233. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 234. | | | | | Sold (part) | 03/26/14 | J | | |
| 235. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 236. -Fidelity VIP Index 500-Initial Class | | | | | Buy | 01/02/14 | L | | |
| 237. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 238. | | | | | Sold (part) | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Fidelity VIP Money Market Portfolio-Initial Class | | | | | Buy | 01/02/14 | L | | |
| 240. -Fidelity VIP Real Estate-Initial Class | | | | | Buy | 01/02/14 | L | | |
| 241. | | | | | Buy (add'l) | 03/26/14 | M | | |
| 242. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 243. -Invesco V.I. International Growth Fund-Series I Shares | | | | | Buy | 01/02/14 | K | | |
| 244. | | | | | Buy (add'l) | 03/26/14 | L | | |
| 245. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 246. -MainStay VP Eagle Small Cap Growth Portfolio Initial Class | | | | | Buy | 01/02/14 | J | | |
| 247. | | | | | Buy (add'l) | 03/26/14 | M | | |
| 248. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 249. -MFS Global Tactical Allocation-Initial Class | | | | | Buy | 01/02/14 | L | | |
| 250. | | | | | Buy (add'l) | 03/26/14 | M | | |
| 251. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 252. -MFS VIT Value Series-Initial Class | | | | | Buy | 01/02/14 | M | | |
| 253. | | | | | Buy (add'l) | 03/26/14 | L | | |
| 254. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 255. -T Rowe Price Blue Chip Growth Portfolio | | | | | Buy | 01/02/14 | N | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Buy (add'l) | 03/26/14 | K | | |
| 257. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 258. -Mainstay Cash Management | | | | | Buy | 01/02/14 | J | | |
| 259. Special Situation Fund III QP, LLP | C | Dividend | O | U | | | | | |
| 260. | F | | | | | | | | |
| 261. Merrill Lynch Money Market | A | Int./Div. | K | T | | | | | |
| 262. SRZ Group Trust | | None | N | T | | | | | |
| 263. -Blackrock Asia Pacific Partners (Offshore) SPV Ltd. | | | | | Redeemed (part) | 01/28/14 | J | | |
| 264. | | | | | Redeemed (part) | 12/23/14 | J | | |
| 265. -Candlewood Structured Credit fund, Ltd. | | | | | | | | | |
| 266. -Cevian Capital Fund II Ltd. | | | | | Buy | 01/01/14 | J | | |
| 267. -Charter Bridge Capital Partners (Cayman) Ltd. | | | | | Buy | 02/01/14 | J | | |
| 268. -Chatham Asset High Yield Offshore Fund, Ltd. | | | | | Redeemed (part) | 10/14/14 | J | | |
| 269. -Citadel Kensington Global Strategies | | | | | Buy | 11/01/14 | J | | |
| 270. -Cognis I Fund LP | | | | | Redeemed (part) | 10/27/14 | J | | |
| 271. -Discovery Global Macro Fund, Ltd. | | | | | Buy | 03/01/14 | J | | |
| 272. -Echo Street Capital Partners Ltd (QP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Empire Capital Partners, Ltd. | | | | | Redeemed (part) | 10/09/14 | J | | |
| 274. -Fore Multi-Strategy Offshore Fund Ltd | | | | | Redeemed | 04/11/14 | J | | |
| 275. -Glazer Offshore Fund, Ltd. | | | | | Redeemed | 04/29/14 | J | | |
| 276. -Golden Tree Offshore Fund Ltd | | | | | Redeemed (part) | 02/28/14 | J | | |
| 277. -Highfields Capital IV LP | | | | | Redeemed (part) | 01/02/14 | J | | |
| 278. -Hudson Bay Int'l Fund Ltd f//k/a Hudson Bay Overseas Fund Ltd | | | | | Redeemed (part) | 07/30/14 | J | | |
| 279. -Hutchin Hill Capital Offshore Fund, Ltd. | | | | | Buy | 09/01/14 | J | | |
| 280. -Jennison Global Healthcare Offshore Fund, Ltd. | | | | | | | | | |
| 281. -Kylin Offshore Fund, Ltd. | | | | | Buy | 09/01/14 | J | | |
| 282. -Lakeview Opportunity Fund Ltd. | | | | | Redeemed (part) | 01/31/14 | J | | |
| 283. | | | | | Redeemed (part) | 06/26/14 | J | | |
| 284. | | | | | Redeemed (part) | 10/01/14 | J | | |
| 285. -Lone Pinion Ltd. | | | | | | | | | |
| 286. -Lone Slavin, Ltd. | | | | | Buy | 01/01/14 | J | | |
| 287. -Lone Spruce LP | | | | | | | | | |
| 288. -Mainstay Marketfield Fund | | | | | Redeemed | 06/30/14 | J | | |
| 289. -Malta Offshore, Ltd. | | | | | Redeemed (part) | 10/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Millenium International Ltd | | | | | | | | | |
| 291. -MKP Opportunity Offshore Ltd | | | | | Redeemed (part) | 01/09/14 | J | | |
| 292. | | | | | Redeemed | 01/29/14 | J | | |
| 293. -OSS Overseas LTD | | | | | | | | | |
| 294. -Pennant Onshore Partners LP | | | | | | | | | |
| 295. -Pennant Windward Ltd | | | | | | | | | |
| 296. -Ramius Multi-Strategy Fund Ltd (x) | | | | | Redeemed (part) | 03/25/14 | J | | |
| 297. | | | | | Redeemed (part) | 07/17/14 | J | | |
| 298. -Rosemawr International Ltd. | | | | | Redeemed (part) | 10/14/14 | J | | |
| 299. -Seer Capital Partners Offshore Fund Ltd. | | | | | | | | | |
| 300. -Spruce Absolute Return Fund LP | | | | | Buy (add'l) | 01/01/14 | J | | |
| 301. | | | | | Redeemed | 04/01/14 | J | | |
| 302. -Spruce Absolute Return Fund (Offshore) Ltd. | | | | | Buy (add'l) | 01/01/14 | J | | |
| 303. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 304. -Spruce Alpha Fund (Offshore) Ltd. | | | | | Buy | 10/01/14 | J | | |
| 305. -Spruce Equity Hedge Fund LP f/k/a Spruce Global Equity Fund LP | | | | | Redeemed (part) | 02/13/14 | J | | |
| 306. | | | | | Redeemed | 04/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Craig, Carla E. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Spruce Equity Hedge Fund (Offshore)Ltd f/k/a Spruce Global Equity Fun | | | | | Buy (add'l) | 04/01/14 | J | | |
| 308. Equity Fund (Offshore) Ltd (continued from prior line) | | | | | | | | | |
| 309. -Spruce Real Assets Fund LP | | | | | Redeemed | 01/01/14 | J | | |
| 310. -Spruce Real Assets Fund (Offshore) Ltd | | | | | Redeemed | 01/01/14 | J | | |
| 311. -Steelhead Pathfinder Fund Ltd. | | | | | | | | | |
| 312. -The Childrens' Investment Fund | | | | | | | | | |
| 313. -Two Sigma Absolute Return Macro Cayman Fund, Ltd. | | | | | Buy | 11/01/14 | J | | |
| 314. -JP Morgan Trust Co. of Delaware deposit account | | | | | | | | | |
| 315. AutoNation common stock | | None | J | T | | | | | |
| 316. Akami Technology common stock | | None | J | T | | | | | |
| 317. MooreAcre/Blackacre 7710 Business Park Drive REIT | | None | J | T | | | | | |
| 318. MooreAcre/Blackacre 610 Corner Way Inc. REIT | | None | J | T | | | | | |
| 319. BCM/CHI Eden Roc, Inc. REIT | | None | J | T | | | | | |
| 320. BCM/CHI Kapalua, Inc. REIT | | None | J | T | | | | | |
| 321. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |
| 322. CollegeBound Fund (Alliance-RI) | | None | K | T | | | | | |
| 323. -CBF Appreciation Portfolio Alt-AX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. Northwestern Mutual Whole Life Ins. Policy | | None | N | T | | | | | |
| 325. Guardian Life Insurance Company-Life Insurance Policy | | None | L | T | | | | | |
| 326. Mt. Kellett Capital Partners II LP | G | Distribution | P1 | T | Buy (add'l) | 02/21/14 | M | | |
| 327. | | | | | Buy (add'l) | 06/30/14 | L | | |
| 328. | | | | | Buy (add'l) | 12/23/14 | L | | |
| 329. Merrill Lynch Retirement Account-Blackrock Global (MDLOX) | C | Dividend | K | T | | | | | |
| 330. Northrop Grumman common stock | A | Dividend | J | T | | | | | |
| 331. PNC common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout Part VII, where column B1 is filled in, and column B2 is left blank, this indicates that the income in question is capital gain.

Part VII, line 5-Global Access Macro was fully redeemed on May 14, 2013. The amount was (O) and the gain was (E). I inadvertently failed to report this in my 2013 report.

Part VII, line 296-Ramius Multi-Strategy Fund Ltd. was erroneously identified on my 2013 FDR (line 309) as Ramius Lehman International SPV.

Part VII, line 168-SRZ Savings Plan-the investment in the SRZ Savings Plan is partly invested in the securities shown on the report and partially in the SRZ Group Trust.

Part VII, lines 172-175-the SRZ Cash Balance Plan, Thrift Plan and Partners Pension Plan are invested in the same manner as the SRZ Group Trust.

Part VII, lines 262-314 - SRZ Group Trust

With respect to the SRZ Group Trust Part VII, lines 262-314) and the SRZ Supplemental Retirement Fund (Part VII, Lines 176-258), these are retirement plans in which          has an interest, and which were established by the law firm of which     is a member. Each of these is an aggregate ownership arrangement, and therefore I have reported the gross value of     interest in each of these plans. Because     directs the investments for     share of the Supplemental Retirement Plan, and was in 2014 a member of the committee which oversees the investments of the SRZ Group Trust, I have also reported the assets within this aggregate ownership arragement. From time to time,     interest in these aggregate ownership arrangements may be reallocated to different assets, either at     direction (in the case of the SRZ Supplemental Retirement Plan), or because the plan purchases or sells investments. I have reported these reallocations as purchases and sales, though they are not actually purchases or sales by him. There is no gain or loss to          resulting from these reallocations, and therefore I have left this column blank.

Part VII, lines 176-258 -SRZ Supplemental Retirement Fund- The assets identified as (y) were sold on 12/31/2013 and the proceeds reinvested on 1/2/2014 as indicated in subsequent entries.

Part VII, line 25- Fidelity Cash Fund is a money market account, used as a settlement account, that was opened in 2013, and was inadvertently not included in my 2013 report. As of year end 2013, it had a value code of J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Carla E. Craig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544